Mark E. Ellis - 127159
Andrew M. Steinheimer - 200524
Amanda N. Griffith - 288164
ELLIS LAW GROUP LLP
740 University Avenue, Suite 100
Sacramento, CA  95825
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ellislawgrp.com
asteinheimer@ellislawgrp.com
agriffith@ellislawgrp.com

Attorneys for Defendant RASH CURTIS & ASSOCIATES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK MULLINS,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; PATELCO CREDIT UNION; RASH CURTIS & ASSOCIATES,<br><br>    Defendants. | Case No.:  5:15-cv-04276-RMW<br><br>**CASE MANAGEMENT CONFERENCE ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

An initial case management conference was held in this case before the Honorable Ronald M. Whyte on January 8, 2016 at 10:30 a.m. The Court adopted the schedule and discovery plan set forth in the parties Joint Case Management Statement as set forth below, if the dates provided meet the Court's hearing schedule.

The Court ordered a mandatory settlement conference be held with the assigned Magistrate Judge prior to the pretrial conference. The parties are to contact the Magistrate Judge directly to schedule the settlement conference.

Defendant Rash Curtis & Associates was ordered to submit a PROPOSED case management order.

If the dates provided meet the Court's hearing schedule, the following schedule shall apply in this case:

| EVENT | DEADLINE |
| --- | --- |
| First Amended Complaint | January 29, 2016 |
| Initial Disclosures | February 28, 2016 |
| Expert Disclosures under Fed. R. Civ. Proc. 26(a)(2) | August 1, 2016 |
| Expert Rebuttals | September 1, 2016 |
| Fact and Expert Discovery Cutoff | December 1, 2016 |
| Deadline for Filing Dispositive Motions | March 1, 2017 |
| Final Pretrial Conference | June 22, 2017 at 2 pm |
| Jury Trial (3 days) | July 10, 2017 at 1:30 pm |

**IT IS SO ORDERED.**

DATED: 1/22/2016                    By: *Ronald M. Whyte*_____
                                              HON. RONALD M. WHYTE